UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X

GEOMC CO., LTD.,

                        Plaintiff,                        **Index No.  3:14-cv-01222**
                                                                                     (VAB)

    -against-

CALMARE THERAPEUTICS INC.,

                        Defendant.

---------------------------------------------------------X

## JOINT MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER REGARDING CASE MANAGEMENT PLAN

    Plaintiff GEOMC Co., Ltd. ("GEOMC") and Defendant Calmare Therapeutics, Inc. ("CTI") jointly move for an order amending the Scheduling Order Regarding Case Management Plan ("Scheduling Order") entered by Judge Chatigny on January 12, 2015 [Doc. No. 38].  The parties jointly represent that good cause exists to modify the dates set forth in the Scheduling Order, and that despite due diligence both parties cannot comply with the existing deadlines.  The parties therefore respectfully request that the deadlines in the Scheduling Order be extended for a period of eight weeks.  In support of the motion, the parties state as follows:

    1.    This action was commenced on August 22, 2014.  CTI filed a motion to dismiss on October 14, 2014.  [Doc. No. 21.]  The motion was denied on December 16, 2014.  [Doc. No. 34.]  CTI filed its Answer on December 31, 2014.  [Doc. No. 36.]

    2.    On November 5, 2014, the parties filed a Case Management Plan as part of their Report of Parties' Fed. R. Civ. P. 26(f) Planning Meeting.  [Doc. No. 31.]  In the Scheduling

1

Order, Judge Chatigny adopted the proposed deadlines in the parties' Rule 26(f) Case Management Plan.

3. The parties Rule 26(f) Case Management Plan proposed very aggressive deadlines, especially in light of the fact that Plaintiff and its witnesses are in South Korea and there are other critical non-party witnesses located in Europe and elsewhere.

4. The parties' Rule 26(f) Case Management Plan was also filed before the parties exchanged their respective Rule 26(a)(1) Initial Disclosures (on November 25, 2014). Those Initial Disclosures revealed that no less than ten potential witnesses with relevant knowledge are non-parties and/or ex-employees of Defendant CTI, and therefore may be required to be subpoenaed in this action.

5. In accordance with the Scheduling Order, the parties completed their document production on February 15, 2015. The parties have exchanged more than 56,000 pages of documents (and thousands of additional pages of Microsoft Excel spreadsheet files). There will be additional and substantial document discovery from and depositions of non-parties.

6. CTI's counsel was out of the office for more than a month after undergoing surgery on February 17, 2015, and again on March 10, 2015. CTI's counsel did not return to the office until March 17, 2015, and is currently working reduced hours.

7. A settlement conference was scheduled for February 20, 2015, but was adjourned because of CTI's counsel's surgery on February 17, 2015. The settlement conference was finally held on March 13, 2015. The case was not settled.

8. In light of the very aggressive schedule proposed by the parties and adopted by Judge Chatigny, the substantial number of party and non-party depositions that will need to be taken, and the fact that discovery was put on hold while CTI's counsel was unavailable, the

parties jointly request that Scheduling Order be amended to extend each of the deadlines as follows:

¶ 3.  Discovery Deadline from June 15, 2015 to August 10, 2015.[1]

¶ 6.  Disclosure deadline for expert reports from April 15, 2015 to June 10, 2015.

¶ 6.  Discovery Relating to Expert Witnesses from June 15, 2015 to August 10, 2015.

¶ 7.  Damages Analysis from May 15, 2015 to July 10, 2015.

¶ 9.  Mandatory Settlement Conference from July 2015 to September 2015.

¶ 10. Joint Trial Memorandum from October 23, 2015 to December 18, 2015.

¶ 11. Trial Ready Date from November 30, 2015 to January 25, 2016.

¶ 12.  Request for a Prefiling Conference Regarding a Motion for Summary Judgment from May 1, 2015 to June 26, 2015.[2]

**WHEREFORE,** the parties respectfully ask that the Court grant this joint request for a modification of the Scheduling Order in accordance with the above-stated operative dates.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By  /s/ Robert Horowitz
MetLife Building
200 Park Avenue
New York, New York 10166
Tel:  (212) 801-2194
horowitzr@gtlaw.com

---

[1] The parties have agreed to complete depositions of fact witnesses by June 10, 2015, and depositions of expert witnesses by August 10, 2015.

[2] While not directly addressed in the Scheduling Order, the parties propose a deadline for dispositive motions on October 9, 2015 (an adjournment of eight weeks from the proposed date of August 15, 2015 in the parties Rule 26(f) Case Management Plan).

                COHEN & GRESSER LLP

                By  /s/ Oliver Haker

                800 Third Avenue
                New York, NY 10022
                Tel: (212)957-7600
                ohaker@cohengresser.com

So Ordered:_____
           Hon. Victor A. Bolden