UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEOMC CO., LTD., | Index No. 3:14-cv-01222-VAB |
| Plaintiff, | |
| -against- | NOTICE OF APPEARANCE |
| CALMARE THERAPEUTICS INCORPORATED, | |
| Defendant. | |

TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Richard M. Zuckerman, a member of the bar of this Court, hereby appears as counsel for Plaintiff GEOMC Co., Ltd.

Dated: September 17, 2015

        DENTONS US LLP

        By:  /s/ Richard M. Zuckerman
            Richard M. Zuckerman ct04417
        1221 Avenue of the Americas
        New York, NY 10020
        Tel. 212-398-5213
        Fax: 212-768-6800
        Richard.Zuckerman@dentons.com

        *Attorneys for Plaintiff GEOMC Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, the foregoing Notice of Appearance was filed and served electronically on all counsel of record by the ECF system, and is available for viewing and downloading from the ECF system.

/s/   Richard M. Zuckerman
Richard M. Zuckerman
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel. 212-398-5213
Fax: 212-768-6800
Richard.Zuckerman@dentons.com

*Attorneys for Plaintiff GEOMC Co., Ltd.*